**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY PATRICK O'LAUGHLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-01117-JAR |
| ) | |
| ERIC H. HOLDER, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on a motion filed by plaintiff Timothy Patrick O'Laughlin titled "Petition for a Rehearing Before the Chief Justice Pursuant to Rule 59 of the Federal Rules of Civil Procedure." (Docket No. 9). In the motion, plaintiff repeats his earlier contention that he was libeled, slandered, and defamed by the United States Attorney General when he was charged with certain crimes, including sexual misconduct, lewdness, and threatening behavior.

Having reviewed the motion, the Court will decline to alter or amend its judgment. Plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion merely revisits the same claims and arguments set forth in his complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "Petition for a Rehearing Before the Chief Justice Pursuant to Rule 59 of the Federal Rules of Civil Procedure" (Docket No. 9) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this denial would not be taken in good faith.

Dated this 26th day of January, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE